70 F.3d 1255
 C. Hannah Construction Co., Inc., Dick Enterprises, Inc
v.
Pennsylvania Convention Center Authority, Philadelphia
Redevelopment Authority, Robert Hawthorne, Inc., Site
Engineers, Inc., Thompson, Ventulett, Stainback &
Associates, Inc., Morse Diesel/Temple, a Joint Venture,
Morse Diesel, Inc., Temple Group, Bryab/Chilton, a Joint
Venture, Ross Bryan Associates, Inc., Chilton Engineering,
Inc., Vitetta Group, Inc.
 NO. 95-1209
 United States Court of Appeals,
Third Circuit.
 Oct 16, 1995
 Appeal From: E.D.Pa., No. 94-03585
 
 1
 AFFIRMED.